1   UNITED STATES DISTRICT COURT

2   CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3   *HONORABLE A. HOWARD MATZ, U.S. DISTRICT JUDGE*

4   - - -

5   BALTAZAR A. RAFALES,                    )
                                            )
6                       Plaintiffs,         )    Case No.
                                            )
7            vs.                            )    CV10-4845-AHM
                                            )
8   MS EURODAM, ET AL.,                     )
                                            )
9                       Defendant.          )
    _____)

10

11

12

13   *REPORTER'S TRANSCRIPT OF*
14   *MOTION FOR PRELIMINARY APPROVAL*
     *OF SETTLEMENT OF CLASS ACTION*
     *MONDAY, MAY 16, 2011*
15   *10:00 A.M.*
     *LOS ANGELES, CALIFORNIA*
16

17

18

19

20

21

22

23   _____

     ***VICTORIA L. VALINE, CSR 3036, RMR, CRR***
24   FEDERAL OFFICIAL COURT REPORTER
     312 NORTH SPRING STREET, ROOM 440
25   LOS ANGELES, CALIFORNIA  90012
     www.victoriavalinecsr.com

*UNITED STATES DISTRICT COURT*

1          *APPEARANCES OF COUNSEL:*

2

3     *FOR THE PLAINTIFF:*

4              KNAPP, PETERSEN & CLARKE,
               Attorneys at Law
5              BY:  André E. Jardini, Esq.
               550 North Brand Boulevard, Suite 1500
6              Glendale, California  91203
               818-547-5000

7

8              JOSEPH FARZAM LAW FIRM
               Attorneys at Law
9              BY:  Joseph Farzam, Esq.
               1875 Century Park East, Suite 960
10             Los Angeles, California  90067
               310-226-6890

11

12    *FOR THE DEFENDANT:*

13             DAVIS, WRIGHT, TREMAINE
               Attorneys at Law
14             BY:  Stephen N. Rummage, Esq.
               1201 Third Avenue, Suite 2200
15             Seattle, Washington  98101
               206-757-8136

16

17

18

19

20

21

22

23

24

25

*UNITED STATES DISTRICT COURT*

1    *LOS ANGELES, CALIFORNIA;  MONDAY, MAY 16, 2011*

2    *10:00 A.M.*

3    - - -

4    THE CLERK:  Calling item number 2, CV-10-4845,

5    Baltazar A. Rafales versus MS Eurodam, et al.

6    Counsel, state your appearances, please.

7    MR. JARDINI:  Good morning, your Honor.  I'm André

8    Jardini of Knapp, Peterson, and Clarke for the plaintiff.

9    MR. FARZAM:  Good morning, your Honor.  Joseph Farzam

10   on behalf of plaintiff.

11   MR. RUMMAGE:  Good morning, your Honor.  Steve

12   Rummage of Davis, Wright, Tremaine on behalf of defendants.

13   THE COURT:  What's your name?

14   MR. RUMMAGE:  Steve Rummage.

15   THE COURT:  Okay.  Please be seated, counsel.

16   MR. RUMMAGE:  Thank you, your Honor.

17   MR. JARDINI:  Thank you, your Honor.

18   THE COURT:  The parties have entered into a

19   settlement agreement and want me to preliminarily approve the

20   settlement and authorize the issuance of a notice.

21   I've looked over the papers, and I realize that they

22   are, for the most part, identical.  The settlement agreement

23   and the notice to the settlement I preliminarily approved in

24   the Priyanto case, which is understandable and fine.

25   Going through these items with a fresh look, I want

the following changes, and I will, subject to getting them, issue the necessary order.

I think that the settlement agreement and the notice itself that will go out to members of this Filipino class, needs to recite more clearly and more thoroughly what the claims are that survived.

Well, we didn't have a lot of motion practice in Rafales throwing out claims the way I was required to do in Priyanto. But, if you look at Page 1 in the recitals, here in the Rafales case -- this is Page 1 of the settlement agreement -- it provides useful background information about the aggravatingly complicated procedural background to these suits. And as far as I can tell, those recitals of the record, it doesn't tell the reader what the claims were. And the notice doesn't either.

I want -- it doesn't have to be necessarily lengthy or exquisite -- if you look at the notice, it's on Page 30 -- hand-numbered Page 30 of the application, it describes the settlement, but it doesn't say what the claims were. It refers to the gratuity plan and the beverage service plan, it doesn't really explain what the claims were. And I want that to be set forth, for my use and for members of the class in a settlement agreement. That should be very easy to do.

Now, in terms of the comparison that I drew between this case and the Priyanto case, there's no issue here about

union dues, right?

MR. JARDINI:  That is correct, your Honor.

THE COURT:  So, that's why that's missing, right?

MR. JARDINI:  That is correct.

THE COURT:  And here there is this reservation of the right to claim that it's all arbitrable, in the event that the settlement doesn't go through.  And that wasn't in Priyanto; is that right?

MR. JARDINI:  That is correct.

THE COURT:  Any other differences?

MR. JARDINI:  Those -- those are the major differences that -- there may be other more modest ones, but the arbitration agreement was a profound issue in the case, most certainly.  And there was not a union dues issue. The -- the gratuity program and the reimbursement of travel expenses issues are quite similar.

THE COURT:  Okay.  In the notice on the last page, which is hand-numbered 35, the recipients of the notice are told to contact Mr. Farzam if they have questions, and I am requiring that the order that I will eventually issue and soon, it can be done this week, require Mr. Farzam to report to the Court and to opposing counsel about every inquiry he receives from any member of the putative class.  Who it was. What was the nature of the communication.  What was the response and where things stand.  That's got to be in the

1   notice, and it should be added to the settlement agreement as

2   one of the terms that the parties have agreed to.

3           Any problems with that, counsel?

4           MR. FARZAM:  No, your Honor.  We'll do.

5           MR. RUMMAGE:  No, your Honor.

6           MR. JARDINI:  Not at all, your Honor.

7           THE COURT:  Okay.  I don't have any other questions

8   or requirements to impose.  Is there anything else that needs

9   to be said?

10          MR. JARDINI:  Not from our perspective.

11          THE COURT:  Just lodge the -- file, as proposed

12  documents, these same documents with the necessary changes I

13  just specified.  Do it this week, and I'll get the order out

14  this week.

15          MR. RUMMAGE:  Does your Honor want those --

16          THE COURT:  Then you should agree on the schedule for

17  the dates.

18          MR. JARDINI:  We have conferred about that, and I

19  think we are in agreement on all of the dates.  So, we can

20  add that to the order, is that appropriate?

21          THE COURT:  Yes.  Add that to the order.  Now, what

22  date would the hearing be on?

23          MR. JARDINI:  We had chosen August 29th, if that's

24  clear with the Court, or it could be another date.

25          THE COURT:  That's okay.

1    MR. RUMMAGE:  Well, we ought to double check on that

2    after we get the order in and make sure we don't eat up time

3    now.

4    THE COURT:  Well, if you do it promptly, I doubt if

5    you'll eat up much time.  You put the dates in.  I'm not

6    going to spend time fiddling about those.  I care about the

7    hearing date, provided that the class has adequate time to

8    respond to the notice.

9    MR. RUMMAGE:  Does your Honor want track changes or

10   compare --

11   THE COURT:  No.  Just do it.

12   MR. RUMMAGE:  Okay.

13   THE COURT:  All right.  We're adjourned.

14   MR. JARDINI:  Thank you, your Honor.

15   MR. FARZAM:  Thank you.

16   (Whereupon the matter concluded at 10:25 a.m.)

17                       --o0o--

18

19

20

21

22

23

24

25

*CERTIFICATE OF OFFICIAL REPORTER*

*COUNTY OF LOS ANGELES       )*
*                            )*
*STATE OF CALIFORNIA         )*

*            I, VICTORIA L. VALINE, FEDERAL OFFICIAL*

*REALTIME COURT REPORTER, REGISTERED MERIT REPORTER, IN AND*

*FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT*

*OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION*

*753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING IS A*

*TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED*

*PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE*

*TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS*

*OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.*

*/S/_____*

*VICTORIA L. VALINE, CSR No. 3036, RMR, CRR*

*FEDERAL OFFICIAL COURT REPORTER*

*UNITED STATES DISTRICT COURT*