O
Duplicate
Original

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-04845 AHM (AJWx) | Date | June 24, 2011 |
|---|---|---|---|

| Title | BALTAZAR A. RAFALES v. MS EURODAM *in rem*, et al. |
|---|---|

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:      Attorneys **NOT** Present for Defendants:

**Proceedings:**      IN CHAMBERS (No Proceedings Held)

Before this Court is the Renewed Motion of Romeo Balen and Chandler Abenoja ("Intervenors") to intervene in this putative class action.[1] This Court previously denied Balen and Abenoja's Motion to Intervene on May 13, 2011. Dkt. 75. Balen and Abenoja have filed a renewed motion because the *Rafales* parties now have a settlement on record which has been preliminarily approved by the Court, and because Balen and Abenoja seek to add Ramil Labrador and Joselito Malabiga as additional intervenors. Mot. at 2.

Intervenors, however, do not provide any reasons as to why Labrador and Malabiga render this Motion substantively different from the previous motion to intervene. As the Court noted in its prior order, where intervenors have the opportunity to voice their objections during the typical settlement process, intervention is not warranted. See *Hawaii-Pacific Venture Capital Corp. v. Rothbard*, 564 F.2d 1343, 1336-37 (9th Cir. 1977). *See also Lane v. Facebook, Inc.*, 2009 WL 3458198 (N.D. Cal. Oct. 23, 2009) (Seeborg, M.J.). Here, Intervenors may file objections to the settlement, or may request exclusion from the settlement so that they may pursue their own claims. Intervention is not warranted as a matter of right, nor as permissive intervention.

//
//
//
//

---

[1] Dkt. 73.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-04845 AHM (AJWx) | Date | June 24, 2011 |
|---|---|---|---|
| Title | BALTAZAR A. RAFALES v. MS EURODAM *in rem*, et al. | | |

Accordingly, the Court DENIES the Motion to Intervene.[2]

No hearing is necessary. Fed. R. Civ. P. 78; L. R. 7-15.

                                                                                                                             :

Initials of Preparer                          SMO

---

[2] Dkt. 73.