O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CORRECTED – CIVIL MINUTES - GENERAL**

| Case No. | CV10-04845-AHM (AJWx) | Date | October 31, 2011 |
|---|---|---|---|
| Title | BALTAZAR A. RAFAELES v. MS EURODAM, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Pat Cuneo | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Andre Jardini<br>Joseph S. Farzam | Stephen M. Rummage |
| | Attorneys Present for Objectors |
| | David Brill (via tel.)<br>Juan Garcia (via tel.) |

**Proceedings:**    **(1)** MOTION for Attorney Fees and Incentive Award for the Class Representative Plaintiff filed by Plaintiff Baltazar A. Rafales [77]
**(2)** PLAINTIFF'S STATEMENT IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT [99]
**(3)** MOTION for Attorney Fees filed by Objectors Chandler Abenoja, Romeo Balen [144]
(non-evidentiary)

    Court circulates tentative order and hears oral argument.  For reasons stated on the record, the Court takes the motions for attorney fees under submission but grants final approval of the class action settlement.  Order to issue.  The parties are to submit by email to ahm_chambers@cacd.uscourts.gov a revised final order and judgment to chambers after obtaining plaintiffs' counsel's approval as to content and form.

    Court approves payment of the 57 late-filed claims.  Court declines to exercise ancillary jurisdiction over any dispute over attorneys fees.

| | : | 16 |
|---|---|---|
| | Initials of Preparer | SMO |